# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-cr-68 |
| | | Civil Case No. 3:24-cv-00193 |
| Plaintiff, | : | |
| | | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| DAVID CARTER, | | |
| | : | |
| Defendant. | | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b), and Amended General Order 22-05, the Motion to Vacate (ECF No. 736) is hereby referred to Magistrate Judge Michael R. Merz, who is now serving on recall. The Court finds that exigent circumstances justify the referral.

The Magistrate Judge is empowered to deal with all pre-hearing and post-judgment motions and procedures, whether dispositive or not, relating to the Motion to Vacate and to render a report and recommendations to the Court on any matters classified as dispositive by statute or precedent. No transcript need be prepared on non-dispositive matters.

July 10, 2024

Walter H. Rice
United States District Judge